JOSEPHINE M. MURPHY, Respondent, v. SAMUEL H. WEIL, Defendant, Impleaded with RACHAEL GRANIS WEIL, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

WILLIAM R. PETZE, Respondent, v. THE BROWN INSTRUMENT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to serve an answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Clarke, P. J., dissents.

BESSIE KELLEHER, Respondent, v. MORITZ WEIL, Sued as " MEYER " WEIL, Appellant, Impleaded with Another, Defendant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

ANTOINETTE SHERRI, Respondent, v. NATIONAL SURETY COMPANY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

JAMES M. LYNCH, Respondent, v. 114 WEST 70TH STREET CORPORATION, Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Finch and Martin, JJ., dissent.

WILLIAM KOPOLSKY, Respondent, v. GARSTAFF REALTY CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

ABRAHAM WYNEHOUSE, Appellant, v. HAGOP K. KEVORKIAN, Respondent, Impleaded with HERMAN H. OPPENHEIMER, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAC SOLL'S, INC., Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

F. W. FROST & COMPANY, INC., Respondent, v. YONE SUZUKI and Others, Doing Business under the Firm Name, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

F. W. FROST & COMPANY, INC., Respondent, v. YONE SUZUKI and Others, Doing Business under the Firm Name, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

AMINE CHEMICAL PRODUCTS CO., INC., Appellant, v. SHENK REALTY AND CONSTRUCTION COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

FRANCESCO X. SAUCHELLI, Respondent, v. BARTLETT JOSHUA PALMER and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.